## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**CHESAPEAKE APPALACHIA, LLC.,:**

       **Plaintiff**   :   **CIVIL ACTION NO. 3:14-0833**

  **v.**   :

                          **(MANNION, J.)**

**JAMES L. BROWN,**   :

       **Defendant**   :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's motion for summary judgment on Count I of the complaint, **(Doc. 10)**, is **GRANTED**; and

**(2)** the defendant's motion to dismiss the complaint, **(Doc. 16)**, is **DENIED**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 2, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0833-01-ORDER.wpd