UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHESAPEAKE APPALACHIA, LLC, | |
| Plaintiff | CIVIL ACTION NO. 3:14-CV-833 |
| v. | (MEHALCHICK, J.) |
| JAMES L. BROWN, | |
| Defendant | |

**ORDER**

**AND NOW,** this 14th day of March, 2024, the parties having reported that the AAA Arbitration has been withdrawn and the parties having indicated that there are no remaining claims in this matter, **IT IS HEREBY ORDERED** that the Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**